**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7472**

_____

JODIE L. STEELE, II,

        Plaintiff - Appellant,

    v.

CHRISTOPHER RICH; LARRY DUNSTON,

        Defendants - Appellees,

    and

KENNETH E. LASSITER; AMANDA COBBS; TODD E. ISHEE,

        Defendants.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:19-ct-03330-BO)

_____

Submitted: August 29, 2023                     Decided: August 31, 2023

_____

Before KING, AGEE, and BENJAMIN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jodie L. Steele, II, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jodie L. Steele, II appeals the district court's order granting summary judgment to Defendants on Steele's 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Steele v. Rich*, No. 5:19-ct-03330-BO (E.D.N.C. Sept. 22, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*